IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>     vs.<br><br>Melquiades Natanael Lara-Valenzuela,<br><br>              Defendant. | CR 13-01944-TUC-JAS (BGM)<br><br>ORDER |

Upon motion (Doc. 172) of the government, and good cause appearing,

IT IS HEREBY ORDERED that government will have until Tuesday, May 26, 2015 to file its replies as ordered by the Court (Doc.170).

Dated this 21st day of May, 2015.

_____
Honorable James A. Soto
United States District Judge