# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-13-01944-001-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| Melquiades Natanael Lara-Valenzuela, | |
| Defendant. | |

The Court has received the Government's responses to Defendant's motions in limine appearing at Docs. 184 and 185, but has not received a response to Defendant's motion in limine appearing at Doc. 178. As such, the Court is uncertain whether the Government is unopposed or opposed to the motion at Doc. 178, As such, by 6/15/15, the Government shall file a response to Doc. 178 either explaining its opposition, or simply stating that it is unopposed to the motion at Doc. 178.

Dated this 11th day of June, 2015.

Honorable James A. Soto
United States District Judge