# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-13-01944-001-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| Melquiades Natanael Lara-Valenzuela, | |
| Defendant. | |

Pending before the Court is the Government's "motion for leave to file jury instructions and voir dire separately from defense." *See* Doc. 195. The Government's motion reflects that the parties' are experiencing difficulties in submitting joint instructions and voir dire in compliance with the Court's 3/18/15 Order (Doc. 153); as the deadline is today, the Government seeks to file separately. The Government's motion is denied; the Court hereby extends the 6/8/15 deadline reflected in its Order at Doc. 153; the parties shall have until 6/18/15 to comply with the Court's Order (Doc. 153). The Court expects that this additional week will allow the parties to work out their differences such that they can comply with the Court's Order.

Dated this 11th day of June, 2015.

Honorable James A. Soto
United States District Judge