# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-13-01944-001-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| Melquiades Natanael Lara-Valenzuela, | |
| Defendant. | |

The Government's motion for a status conference (Doc. 209) is granted. The deadline to file jury instructions and related documents covered by the Court's 3/18/15 Scheduling Order (Doc. 153) is stayed pending further discussions with the parties at a status conference. The parties shall appear, in-person, at a status conference before the Court on Friday (6/19/15) in Courtroom 6A at 2:00 p.m.

Dated this 18th day of June, 2015.

Honorable James A. Soto
United States District Judge